UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K & S DEVELOPMENTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATAC, et al.,<br><br>　　　　　　Defendants. | C17-908 TSZ<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　　Pursuant to the parties' stipulation, docket no. 12, this action is STAYED pending resolution of the appeals in *K & S Developments, LLC v. City of SeaTac, et al.*, and *City of SeaTac v. Kingen, et al.* (consolidated under King County Superior Court Case No. 12-2-40564-6 KNT), Washington State Court of Appeals No. 75513-7.  The parties shall file a Joint Status Report within fourteen (14) days after the appeals have been resolved, or by November 30, 2017, whichever occurs earlier.  Any party may seek to lift the stay for good cause shown.

　　　　(2)　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Dated this 28th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1