The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

K & S DEVELOPMENTS, LLC, a Washington limited liability company,

Plaintiff,

v.

CITY OF SEATAC, et al.,

Defendants.

NO. 2:17-CV-00908-TSZ

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY

## I.    **STIPULATION**

The parties, through the undersigned counsel who have obtained their clients' authority, stipulate that this matter should be dismissed with prejudice and without fees or costs to any party, pursuant to a settlement agreement.

DATED this 9th day of November, 2017.

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | LANDERHOLM, P.S. |
| By /s/ Paul R. Taylor<br>    Paul R. Taylor, WSBA #14851<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Phone: 206-622-2000<br>Email: ptaylor@byrneskeller.com<br>*Attorneys for Defs City of SeaTac, Stephen Butler, Jeffrey Robinson, Craig Ward, Todd Cutts, Tony Anderson, Pam Fernald, Mary Bartolo, Mark Johnsen and Gene Fisher* | By /s/ Bradley W. Andersen<br>    Bradley W. Andersen<br>805 Broadway Street, Suite 1000<br>Vancouver, WA 98666<br>Phone: (360) 816-2528<br>Email: brad.andersen@landerholm.com<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY (NO. 2:17-CV-00908-TSZ) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## II. ORDER

Based upon the foregoing stipulation of the parties, it is hereby ordered that this matter is dismissed with prejudice and without fees or costs to any party.

DATED this 15th day of November, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| BYRNES KELLER CROMWELL LLP | LANDERHOLM, P.S. |
|---|---|
| By /s/ Paul R. Taylor<br>   Paul R. Taylor, WSBA #14851<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Phone: 206-622-2000<br>Email: ptaylor@byrneskeller.com<br>*Attorneys for Defendants City of SeaTac, Stephen Butler, Jeffrey Robinson, Craig Ward, Todd Cutts, Tony Anderson, Pam Fernald, Mary Bartolo, Mark Johnsen and Gene Fisher* | By /s/ Bradley W. Andersen<br>   Bradley W. Andersen<br>805 Broadway Street, Suite 1000<br>Vancouver, WA 98666<br>Phone: (360) 816-2528<br>Email: brad.andersen@landerholm.com<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY (NO. 2:17-CV-00908-TSZ) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000